04cv332 KAJ 6-17-05

Dear Honorable Judge Kent A Jordan

Thank you For all you have done and again sir I'am sorry we got off on the wrong Foot,
Sir I'am sending you my 6 month statement. After the dead line passed For me To have the account statement in 2 days after, the Business office sent the account statement.
Thank you For giving me more Time also sir my mother died May 10, 2005 so please know that the 6 month statement only will show when she was alive.
The Correctional Center let me go To the viewing. It was a hurtting Feeling

Your Honor please know that I'am hoping For a meaningFul and Fair review please know that, again I'am very greatFul For the extra time

May God Bless you and your Family

RespectFully
Keven Epperson

FILED
JUN 21  3 51 PM '05
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE