# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Kevin Epperson_  SBI#: _156562_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _May 27, 2005_

**FILED**
JUN 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _November 1, 2004_ to _April 30, 2005_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | (-.52) |
| Dec | 8.84 |
| Jan | 8.35 |
| Feb | 9.69 |
| March | 5.76 |
| April | 8.85 |

Average daily balances/6 months: _8.42_

Attachments
CC: File

_Stacy Shane_
5/27/05

# Individual Statement
## For Month of November 2004

Date Printed: 5/26/2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.31 |
|---|---|---|---|---|---|---|
| 00156562 | Epperson | Kevin | S | | | |

Current Location: 22    Comments: Muslim - AKA- Rakim Rac

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo |
|---|---|---|---|---|---|---|---|---|
| Canteen | 11/4/2004 | ($2.16) | $0.00 | $0.00 | $0.15 | 28886 | | |
| Pay-To | 11/19/2004 | ($2.21) | $0.00 | $0.00 | ($2.06) | 34534 | | DST/POSTA( |

Ending Mth Balance: ($2.06)

Date Printed: 5/26/2005

# Individual Statement

## For Month of December 2004

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 156562 | Epperson | Kevin | S | | ($2.06) |

Current Location: 22    Comments: Muslim - AKA- Rakim Rae

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| ail | 12/1/2004 | $50.00 | $0.00 | $0.00 | $47.94 | 38098 | 7831401873-1411 | | |
| anteen | 12/8/2004 | ($19.83) | $0.00 | $0.00 | $28.11 | 41417 | | | |
| anteen | 12/15/2004 | ($19.59) | $0.00 | $0.00 | $8.52 | 44502 | | D JONES | |

Ending Mth Balance: $8.52

# Individual Statement

## For Month of January 2005

Date Printed: 5/26/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $8.52 |
|---|---|---|---|---|---|---|
| 00156562 | Epperson | Kevin | S | | | |

Current Location: 22   Comments: Muslim - AKA- Rakim Rae

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 1/3/2005 | $30.00 | $0.00 | $0.00 | $38.52 | 51278 | 458260953360 | | D. JONES |
| Canteen | 1/6/2005 | ($20.00) | $0.00 | $0.00 | $18.52 | 53018 | | | |
| Medical | 1/7/2005 | $0.00 | ($4.00) | $0.00 | $18.52 | 53844 | | 9/20/04 | |
| Medical | 1/7/2005 | ($4.00) | $0.00 | $0.00 | $14.52 | 54211 | | 9/20/04 | |
| Pay-To | 1/7/2005 | ($6.94) | $0.00 | $0.00 | $7.58 | 54362 | | DST/POSTAGE | |
| Pay-To | 1/7/2005 | ($2.21) | $0.00 | $0.00 | $5.37 | 54509 | | DST/POSTAGE | |
| Pay-To | 1/7/2005 | ($2.44) | $0.00 | $0.00 | $2.93 | 54512 | | DST/POSTAGE | |
| Canteen | 1/12/2005 | ($2.92) | $0.00 | $0.00 | $0.01 | 55682 | | | |
| Medical | 1/21/2005 | ($0.01) | ($3.99) | $0.00 | $0.00 | 59769 | | 1/3/05 | |
| Medical | 1/24/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | 59605 | | 1/3/05 | |
| Medical | 1/24/2005 | $0.00 | ($2.00) | $0.00 | $0.00 | 59606 | | 1/3/05 | |

Ending Mth Balance: $0.00

# Individual Statement

### For Month of February 2005

Date Printed: 5/26/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00156562 | Epperson | Kevin | S | | | |

Current Location: 22    Comments: Muslim - AKA - Rakim Rae

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 2/3/2005 | $25.00 | $0.00 | $0.00 | $25.00 | 64804 | 0807386779 | | T. EPPERSON |
| Medical | 2/7/2005 | ($2.00) | $0.00 | $0.00 | $23.00 | 65472 | | | |
| Medical | 2/7/2005 | ($3.99) | $0.00 | $0.00 | $19.01 | 65471 | | | |
| Canteen | 2/16/2005 | ($18.89) | $0.00 | $0.00 | $0.12 | 69806 | | | |
| Pay-To | 2/18/2005 | $0.00 | $0.00 | ($1.98) | $0.12 | 70884 | | 1/3/05 DST/POSTAGE | |
| Pay-To | 2/18/2005 | ($0.12) | $0.00 | ($1.86) | $0.00 | 71149 | | 1/3/05 DST/POSTAGE | |

Ending Mth Balance: $0.00

# Individual Statement

## For Month of March 2005

Date Printed: 5/26/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00156562 | Epperson | Kevin | S | | | |

Current Location: 22     Comments: Muslim - AKA- Rakim Rae

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 3/28/2005 | $50.00 | $0.00 | $0.00 | $50.00 | 86157 | | | |
| Canteen | 3/30/2005 | ($19.99) | $0.00 | $0.00 | $30.01 | 87069 | 929127 | D JONES | |

Ending Mth Balance: $30.01

# Individual Statement

Date Printed: 5/26/2005

## For Month of April 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $30.01 |
|---|---|---|---|---|---|---|
| 00156562 | Epperson | Kevin | S | | | |

Current Location: 22    Comments: Muslim - AKA- Rakim Rae

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 4/1/2005 | ($1.86) | $0.00 | $0.00 | $28.15 | 89272 | | DST/POSTAGE | |
| Canteen | 4/6/2005 | ($17.86) | $0.00 | $0.00 | $10.29 | 91066 | | | 4/1/05 |
| Medical | 4/8/2005 | $0.00 | ($4.00) | $0.00 | $10.29 | 91742 | | | 4/1/05 |
| Medical | 4/8/2005 | ($4.00) | $0.00 | $0.00 | $6.29 | 92023 | | | |
| Canteen | 4/13/2005 | ($5.11) | $0.00 | $0.00 | $1.18 | 93560 | | | |
| Pay-To | 4/15/2005 | $0.00 | $0.00 | ($1.29) | $1.18 | 94907 | | DST/POSTAGE | |
| Pay-To | 4/15/2005 | $0.00 | $0.00 | ($1.29) | $1.18 | 94908 | | DST/POSTAGE | |
| Pay-To | 4/15/2005 | ($1.06) | $0.00 | $0.00 | $0.12 | 95128 | | DST/POSTAGE | |
| Pay-To | 4/15/2005 | $0.00 | $0.00 | ($1.06) | $0.12 | 95152 | | DST/POSTAGE | |
| Pay-To | 4/18/2005 | ($0.12) | $0.00 | ($1.17) | $0.00 | 95534 | | DST/POSTAGE | |
| Mail | 4/18/2005 | $25.00 | $0.00 | $0.00 | $25.00 | 95564 | 4626521167 | | D JONES |
| Canteen | 4/20/2005 | ($19.76) | $0.00 | $0.00 | $5.24 | 96786 | | | |
| Pay-To | 4/21/2005 | ($1.17) | $0.00 | $0.00 | $4.07 | 97740 | | DST/POSTAGE | |
| Pay-To | 4/21/2005 | ($1.29) | $0.00 | $0.00 | $2.78 | 97741 | | DST/POSTAGE | |
| Pay-To | 4/21/2005 | ($1.06) | $0.00 | $0.00 | $1.72 | 97758 | | DST/POSTAGE | |
| Pay-To | 4/29/2005 | ($1.29) | $0.00 | $0.00 | $0.43 | 100137 | | DST | |

Ending Mth Balance: $0.43

I/M Kevin S Epperson
SBI# 156562   UNIT MCH-2A-C-0-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE

U.S.M.S.
X-RAY

Legal
Mail

U.S. POSTAGE $0.83
SMYRNA DE JUN 20 '05
PB METER 6728578

Honorable Judge Kent A Jordan
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware 19801

Legal
Mail