United States District Court
For The District of Delaware

Kevin S Epperson
  Plaintiff

v

Commissioner Stanley Taylor
Warden Thomas Carroll
Dental Department
et al (subcontracted)
Dentist Woman
  Defendants

FILED
JUN 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion To Amend C.A. 04-0332 KAJ

Now comes plaintiff Kevin S Epperson Requesting the court To acknowledge the prima facie showing within this motion with exhibits, To show That the facts are True and due process was violated.

Black Law quotes Stating the condition of a matter with Respect To Reality, The condition of a person as with Respect To circumstances.
Black Law quotes - claim an assertion of something as a Fact, A right, A right asserted as a Fact,

Cruel and unusual punishment - Black Law quotes Punishment that is Tortorous disproportionate

Plaintiff has no teeth in his mouth and is being forced by Dental and Health Administrator Ms Munson to not recive proper Dental care.

This cruel and unusual punishment causes Plaintiff not to be able to eat properly. At times plaintiff can't eat at all. This is based on not having proper Dentures. Infection has set in.

Black Law quotes harm injury or damage to cause harm.

Proper notice has been given to Dental and Health Administrator see exhibits sent. The motion to Amend Reflects that plaintiff still hasn't had proper dental care or Dentures. Infection comes from eating Food for a period of Time without proper Dentures.

Plaintiff is stating a claim based on the condition of the plaintiff mouth and infection not being able to eat based on Dental's miscue and misdeed which brought harm to plaintiff

The inproper Dental care caused harm by not given plaintiff proper Dental care These circumstances also caused Due process violation of plaintiffs, which is a Constitutional right to be Treated with Fairness and not in a inhuman way.

Epperson as the plaintiff told Dental through several sick call slips and also through memorandum of Facts documents.

Plaintiff explained that his mouth was hurt after a certain period of time but Dental acted prejudice against Plaintiff based on Plaintiff filing paper work against them for their unprofessional conduct. These documents were filed in memorandum of Facts, Grievances attached with memorandums etc.

By plaintiff not getting proper Dental care cause harm also by plaintiff having to eat food for a period of time without proper Dentures cause harm which brought about cruel and unusual punishment.

People look at plaintiff crazy and think he is sick based on his face being sunk in. Plus having no teeth causes people in authority to view plaintiff different.

Plaintiff appearance looks bad based on not having any Dentures in his mouth and the weight loss has caused harm by not being able to eat. By not having a fair proceeding cause harm to plaintiff

Respectfully
c/c  Kevin Epperson