A Investagation is needed based on Medical and Dentals Mischief of proceedings.

**FORM #585**

**MEDICAL GRIEVANCE**

C.A. 04-0332 KAJ

Exhibit A

FILED
JUN 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FACILITY: D.C.C.

DATE SUBMITTED: 6-12-05

INMATE'S NAME: Kevin S Epperson

SBI#: 156562

HOUSING UNIT: MUH-22-c-0-7

CASE #: _____

Inmate copy

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _____

NAACP/ACLU
State personal building
Ms Merson

TYPE OF MEDICAL PROBLEM:

Inmate Epperson is making the complaint based on grievance against Department of Corrections Services was activity clearly protected by Federal Constitution
Hendricks V Coughlin 114 F3d 390 2nd Cir
Ms Munson Health Administrator is not showing any Fair proceedings, Sick call was put in and nothing was done. Epperson is still suffering All parties have been given notice. See Memorandum Exhibit A

GRIEVANT'S SIGNATURE: Kevin Epperson     DATE: 6-12-05
C/L

ACTION REQUESTED BY GRIEVANT: All complaints must go through grievance first and then sent To proper parties by Grievance overseer. I would like these unfair proceedings To stop and Dental To give Dentures so Epperson can eat properly.

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

To Denie Fair proceedings would be a Miscarriage

CA. 04-0332 KAJ

## EXHIBIT A

### Memorandum of Fact and Law

Inmate pursuit of grievances against Department of Corrections services was activity clearly protected by Federal Constitution

Hendricks v. Coughlin 114 F3d 390 2nd Cir

On 5/20/05 Inmate Epperson sent a sick call slip in to Dental about gum being infected and needed antibiotics which is a form of penicillin. having to eat This Food For so long of a period of Time at D.C.C without proper Dentures cause the infection, I also stated That it was a emergency. c/c Dental sent the sick call slip back sign like some one had seen me when they didn't. Inmate Epperson made a copy of the sick call slip signed and sent it To Ms Munson Health Adminstrater. Then Inmate Epperson sent another sick call with the same information To Dental Date 5/20/05 with a letter Telling Dental they were wrong which undermines the Fundamental, legality, Reliability, integrity and Fairness of the proceedings. I sent Ms Munson a letter also about the Level 1 and Level 2 hearing which was bias which undermined the legality of the proceedings.

Epperson Still hasn't recived any Fair hearing under Due process or does he have any Dentures. or medical Treatment For infection.   Respectfully